

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-19-00190-CR

| | | |
|---|---|---|
| IRVING WILLIAMS, Appellant | § | On Appeal from Criminal District Court No. 4 |
| | § | of Tarrant County (1426549D) |
| V. | § | October 29, 2020 |
| | § | Memorandum Opinion by Justice Birdwell |
| THE STATE OF TEXAS | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. The judgment is modified to reflect the oral pronouncement of true as to the enhancement paragraph. It is ordered that the judgment of the trial court is affirmed as modified.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Wade Birdwell_
Justice Wade Birdwell